# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. District Court, W.D. Wisconsin | 06/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge--Senior | ☐ Nomination Date <br> ☐ Initial ☐ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

120 North Henry Street, Suite 540
Madison, WI 53703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Factor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. i shares Barclays Treasury (TIP) | A | Dividend | J | T | Sold (part) | 2/2/12 | J | A | |
| 2. | | | | | Sold (part) | 12/12/12 | J | A | |
| 3. ishares Iboxx Investop (LQD) | A | Dividend | J | T | Sold (part) | 2/2/12 | J | A | |
| 4. | | | | | Sold (part) | 12/7/12 | J | A | |
| 5. | | | | | Sold (part) | 12/12/12 | J | A | |
| 6. ishares J.P. Morgan Emerging (EMB) | A | Dividend | J | T | Buy (add'l) | 9/14/12 | J | | |
| 7. | | | | | Sold (part) | 2/2/12 | K | A | |
| 8. | | | | | Sold (part) | 12/7/12 | J | A | |
| 9. ishares MSCI Canada (EWC) | A | Dividend | L | T | Buy (add'l) | 9/14/12 | L | | |
| 10. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 11. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 12. ishares MSCI Pacific X-Japan (EPP) * | A | Dividend | K | T | Buy (add'l) | 9/14/12 | K | | |
| 13. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 14. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 15. ishares MSCI UK (EWU)* | A | Dividend | K | T | Buy (add'l) | 3/26/12 | J | | |
| 16. | | | | | Buy (add'l) | 4/4/12 | J | | |
| 17. | | | | | Buy (add'l) | 4/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 19. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 20. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 21.  ishares Russell 1000 Growth (IWF) | C | Dividend | N | T | Buy (add'l) | 12/7/12 | J | | |
| 22. | | | | | Buy (add'l) | 2/2/12 | K | | |
| 23. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 24. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 25. | | | | | Sold (part) | 2/2/12 | K | D | |
| 26.  ishares Russell 1000 Value (IWD) | C | Dividend | M | T | Buy (add'l) | 12/12/12 | J | | |
| 27. | | | | | Sold (part) | 2/2/12 | J | B | |
| 28. | | | | | Sold (part) | 9/14/12 | J | D | |
| 29. | | | | | Sold (part) | 12/7/12 | J | C | |
| 30. | | | | | Sold (part) | 12/12/12 | J | A | |
| 31.  ishares Russell Midcap Growth (IWP) | A | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 33. | | | | | Sold (part) | 2/2/12 | J | A | |
| 34. | | | | | Sold (part) | 9/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/12/12 | J | A | |
| 36. ishares Russell Midcap Value (IWS) | A | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 37. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 38. | | | | | Sold (part) | 2/2/12 | J | A | |
| 39. | | | | | Sold (part) | 9/14/12 | J | A | |
| 40. | | | | | Sold (part) | 12/12/12 | J | A | |
| 41. ishares Russell 2000 Growth (IWO) | A | Dividend | L | T | Buy (add'l) | 2/2/12 | K | | |
| 42. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 43. | | | | | Sold (part) | 9/14/12 | J | A | |
| 44. | | | | | Sold (part) | 12/12/12 | J | A | |
| 45. ishares Russell 2000 Value (IWN) | A | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 46. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 47. | | | | | Sold (part) | 2/2/12 | J | A | |
| 48. | | | | | Sold (part) | 9/14/12 | J | A | |
| 49. | | | | | Sold (part) | 12/12/12 | J | A | |
| 50. ishares Trust Iboxx High Yield Corp. Bond Fund (HYG) | A | Dividend | J | T | Buy (add'l) | 9/14/12 | J | | |
| 51. | | | | | Sold (part) | 2/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/7/12 | J | A | |
| 53. | | | | | Sold (part) | 12/12/12 | J | A | |
| 54. Medtronic | A | Dividend | J | T | | | | | |
| 55. Puerto Rico Commonwealth Bond | A | Interest | J | T | | | | | |
| 56. Puerto Rico Commonwealth Bond | A | Interest | | | Redeemed | 7/2/12 | J | | |
| 57. Puerto Rico Commonwealth Bond | A | Interest | | | Redeemed | 7/2/12 | J | | |
| 58. SPDR S&P Small Cap ETF (GWX) | A | Dividend | L | T | Buy (add'l) | 2/2/12 | J | | |
| 59. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 60. | | | | | Sold (part) | 2/2/12 | J | A | |
| 61. | | | | | Sold (part) | 12/7/12 | J | A | |
| 62. | | | | | Sold (part) | 12/12/12 | J | A | |
| 63. Vanguard REIT ETF (VNQ) | B | Dividend | L | T | Buy (add'l) | 9/14/12 | L | | |
| 64. | | | | | Sold (part) | 2/2/12 | J | A | |
| 65. | | | | | Sold (part) | 12/7/12 | J | A | |
| 66. | | | | | Sold (part) | 12/12/12 | J | A | |
| 67. Cisco | A | Dividend | J | T | | | | | |
| 68. Dreyfus Liquid Assets (temporary cash) ** | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Municipal Fund | A | Interest | J | T | Sold (part) | 2/2/12 | J | A | |
| 70. | | | | | Sold (part) | 7/7/12 | J | A | |
| 71. | | | | | Sold (part) | 7/30/12 | J | A | |
| 72. Equitable Life Assurance Annuity | A | Dividend | L | T | | | | | |
| 73. GE Capital | B | Interest | M | T | | | | | |
| 74. TIAA CREF Edvest Acct 529 College Svgs Plan (no control) *** | A | None | K | T | | | | | |
| 75. Wisdom Tree Emerging Mkts. (DEM) | B | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 76. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 77. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 78. | | | | | Sold (part) | 2/2/12 | J | A | |
| 79. | | | | | Sold (part) | 3/13/12 | J | A | |
| 80. | | | | | Sold (part) | 12/12/12 | J | A | |
| 81. | | | | | Sold (part) | 12/17/12 | J | A | |
| 82. Vanguard MSCI Emerging Mkts. (VWO) | C | Dividend | M | T | Buy (add'l) | 2/2/12 | J | | |
| 83. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 84. | | | | | Sold (part) | 2/2/12 | K | A | |
| 85. | | | | | Sold (part) | 3/13/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/7/12 | J | A | |
| 87. | | | | | Sold (part) | 12/17/12 | J | A | |
| 88. Ishares Gold Trust (IAU) | | None | K | T | Buy (add'l) | 2/2/12 | J | | |
| 89. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 90. | | | | | Sold (part) | 2/2/12 | J | A | |
| 91. | | | | | Sold (part) | 9/14/12 | K | D | |
| 92. | | | | | Sold (part) | 12/7/12 | J | A | |
| 93. | | | | | Sold (part) | 12/12/12 | J | A | |
| 94. ishares Barclay U.S. Agg. Bond (AGG) | A | Dividend | J | T | Buy (add'l) | 9/14/12 | J | | |
| 95. | | | | | Sold (part) | 2/2/12 | J | A | |
| 96. | | | | | Sold (part) | 12/7/12 | J | A | |
| 97. | | | | | Sold (part) | 12/12/12 | J | A | |
| 98. ishares Barclay 1-3 Treas Bond (SHY) | A | Dividend | | | Buy (add'l) | 2/2/12 | J | | |
| 99. | | | | | Sold | 9/14/12 | J | | |
| 100. Wisdom Tree Emerging Mkts Small Cap (DGS) **** | B | Dividend | K | T | Buy (add'l) | 2/2/12 | J | | |
| 101. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 102. | | | | | Sold (part) | 2/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/7/12 | J | | |
| 104. Bank Deposit Program (Citibank) | A | Interest | L | T | | | | | |
| 105. Wisdom Tree Japan (DXJ) **** | A | Dividend | K | T | Buy | 2/2/12 | J | | |
| 106. | | | | | Sold (part) | 2/2/12 | J | A | |
| 107. | | | | | Sold (part) | 9/14/12 | K | | |
| 108. | | | | | Sold (part) | 12/7/12 | J | A | |
| 109. ipath DJ AIG (DJP) | | None | K | T | Buy | 2/2/12 | K | | |
| 110. | | | | | Buy | 12/7/12 | J | | |
| 111. | | | | | Sold (part) | 9/14/12 | K | B | |
| 112. ishares MSCI EMU (EZU) **** | A | Dividend | L | T | Buy | 3/26/12 | J | | |
| 113. | | | | | Buy | 4/4/12 | J | | |
| 114. | | | | | Buy | 4/11/12 | J | | |
| 115. | | | | | Buy | 12/7/12 | K | | |
| 116. | | | | | Sold (part) | 9/14/12 | J | | |
| 117. | | | | | Sold (part) | 12/12/12 | J | A | |
| 118. Morgan Stanley Liquid Asset Fund (ILAF) ***** | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* In 2011 report, these investments were mistakenly reported as sold.

\*\* No longer used by broker for temporary cash

\*\*\* Former manager was Wells Fargo; state replaced it with TIAA CREF in October 2012.

\*\*\*\* Blank spaces in Column D(4), Lines 101, 103, 107 and 116 are left blank intentionally to show no gain or a loss.

\*\*\*\*\* Fund used by broker for first time in 2012 for cash deposits or sale proceeds associated with brokerage accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 06/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544